IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07PO6 |
| | ) | |
| STEVEN C. SMITH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Modify Conditions of Supervised Release [18]. A Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender [20] was filed on March 7, 2008 modifying the defendant's terms of supervision. For that reason, the Motion to Modify Conditions of Supervised Release [18] is granted.

    IT IS SO ORDERED

    DATED this 7th day of March, 2008.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge